CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 07 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHELLE JULIA R. SNYDER CANNELLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUE AIRE and SHARMA ANEJA ) <br> ) <br> Defendants. ) | Civil Action No. 7:14-cv-00592 <br><br> By:  Michael F. Urbanski <br> United States District Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, plaintiff's application to proceed in forma pauperis will be **GRANTED** and this matter will be **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: November 6, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge